On the facts found by the Court of Appeal the result is correct.

■

262 So.2d 44

**NU–IDEA FURNITURE COMPANY**

v.

**Mona Thomas RUIZ, wife of/and Donald Ruiz.**

**No. 52482.**

May 25, 1972.

On the facts found by the Court of Appeal, there is no error of law in its judgment.

262 So.2d 44

**Mrs. Ardell Hunt KINNAIRD**

v.

**Newton Amon KINNAIRD.**

**No. 52487.**

May 25, 1972.

No error of law. See Vignes v. Vignes, La.App., 236 So.2d 582 (1970), certiorari denied 256 La. 865, 239 So.2d 362 (1970).

DIXON, J., is of the opinion the writ should be granted. Applicant has followed precisely the requirements of the C.C.P., which should be amended to conform to the ruling involved.

■

262 So.2d 44

**STATE of Louisiana ex rel. Sherman BRAXTON**

v.

**C. Murray HENDERSON, Warden, Louisiana State Penitentiary.**

**No. 52485.**

May 25, 1972.

Applicant has not timely asserted the grounds at the trial upon which he relies here and no bar to asserting these rights in the trial court existed. State ex rel. Barksdale v. Dees, 252 La. 434, 211 So.2d 318 (1968).